

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*FILED UNDER SEAL*
INDICTMENT          11-462

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476__

Post Office: __Philadelphia__        County: __Philadelphia__

City and State of Defendant: __Philadelphia, Pennsylvania__

County: __Philadelphia__        Register number: __N/A__

Place of accident, incident, or transaction: __Eastern District of Pennsylvania__

Post Office: __Philadelphia__        County: __Philadelphia__

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

> Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?
>
> YES/NO:     No
>
> Case Number: N/A        Judge: N/A

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)
1.   ( )    Antitrust
2.   ( )    Income Tax and other Tax Prosecutions
3.   ( )    Commercial Mail Fraud
4.   ( )    Controlled Substances
5.   ( )    Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6.   (X)   General Criminal
     (U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)
     **18 U.S.C. § 1956(a)(1)(A)(i), and Notice of forfeiture.**

DATE: _____        _____
                                   PAMELA D. RANSOME
                                   Special Assistant United States Attorney

File No. 2011R00682
U.S. v. Stephen Brooks