

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 11-462

STEPHEN BROOKS

ORDER FOR BENCH WARRANT

AND NOW, this 16th day of August, 2011, on motion of Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE ELIZABETH T. HEY
United States Magistrate Judge



IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | CRIMINAL NO. 11-462 |
| STEPHEN BROOKS | : | |

### MOTION FOR BENCH WARRANT

AND NOW, this        day of        , 2011, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Pamela D. Ransome, Special Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

PAMELA D. RANSOME
Assistant United States Attorney