# UNITED STATES DISTRICT COURT

for the

## EASTERN District of PENNSYLVANIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| STEPHEN BROOKS | ) | Case No.     CR 11-462 |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   STEPHEN BROOKS                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

(X) Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

LAUNDERING MONETARY INSTRUMENTS 18:1956(A)(1)


Date:      Aug 16, 2011                                    _____ , Deputy Clerk
                                                                                    _Issuing officer's signature_

City and state:    **PHILADELPHIA, PA**                          **MICHAEL E. KUNZ, CLERK OF COURT**
                                                                                    _Printed name and title_

---

### Return

This warrant was received on _(date)_ 8/16/2011 , and the person was arrested on _(date)_ 8/16/2011
at _(city and state)_ PHILADELPHIA, PA .

Date: 8/18/11
        V. Restrepo                                      _____
                                                                    _Arresting officer's signature_

                                                                    SPECIAL AGENT GEOFFREY GORDON
                                                                    _Printed name and title_